Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
**HYDE & SWIGART**
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108-3609
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

Abbaz Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
**KAZEROUNI LAW GROUP, APC**
245 Fischer Avenue, Suite D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

*Attorneys for Plaintiffs,*
Casey Blotzer, Josh Friedman,
and Jillian Green

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASEY BLOTZER; JOSH FRIEDMAN; and JILLIAN GREEN, Individually and On Behalf of All Others Similarly Situated<br><br>Plaintiffs,<br>v.<br><br>INSTANT INSURANCE MARKETING a/k/a INSTANT INSURANCE TRANSFERS; and STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY.<br><br>Defendants. | **Case No: 3:13-cv-01797-JAH-NLS**<br><br>**PROOF OF SERVICE OF SUMMONS AS TO DEFENDANT INSTANT INSURANCE MARKETING a/k/a INSTANT INSURANCE TRANSFERS** |

Civil Action No. 13CV1797-JAH-NLS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Instant Insurance Marketing a/k/a Instant Insurance Transfer
was received by me on *(date)* 08/20/2013 .

☑ I personally served the summons on the individual at *(place)* Jefferey Doe (Operations Manager)
10801 National Blvd. Suite 210, Los Angeles, CA 90064 on *(date)* 08/22/2013 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 08/30/2013

*Server's signature*

David Pinon / Southwest Legal Services
*Printed name and title*

2221 Camino Del Rio South, Suite 103
San Diego, CA 92108
(619) 955-7225 / Reg# 6867 Los Angeles County
*Server's address*

Additional information regarding attempted service, etc: