**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Blotzer et al. | ) | Case No: 13 C 7389 |
| | ) | |
| v. | ) | |
| | ) | Judge Amy J. St. Eve |
| State Farm Mutual Automobile Ins Co et al. | ) | |
| | ) | |

## ORDER

IT IS HEREBY ORDERED that all issues are consolidated for all purposes under 13 C 2018. The above entitled case is hereby dismissed. All pleadings are to be filed in case 13 C 2018. All pending parties and counsel in the associated case, 13 C 7389, are to be linked to the lead case number, 13 C 2018. Civil case terminated.


**Dated:** November 6, 2013          **ENTERED**

_____
**AMY J. ST. EVE**
**United States District Court Judge**